

# Fourth Court of Appeals
## San Antonio, Texas

August 1, 2019

No. 04-19-00202-CV

**IN THE INTEREST OF H.E.W.M. , A CHILD,**

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 16-443CCL
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

On July 22, 2019, appellant filed his appellant's brief, which improperly includes sensitive data, specifically the name of a minor, and such data has not been redacted to protect the minor's identity. *See* TEX. R. APP. P. 9.9 (indicating sensitive data, such as the name of any person who was a minor when underlying suit was filed, may not be filed with court and must be redacted).

We therefore **ORDER** that appellant's brief is **STRICKEN**. We further **ORDER** appellant to file an amended appellant's brief in compliance with Texas Rule of Appellate Procedure 9.9 **on or before August 8, 2019**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of August, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court